# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re: MARCELIN, SANDRA    §  Case No. 11-38457-BKC-LMI
§
§
Debtor(s)    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Barry E. Mukamal, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $181,744.80
*(without deducting any secured claims)*

Assets Exempt: $28,857.94

Total Distribution to Claimants: $3,192.60

Claims Discharged
Without Payment: $885,764.99

Total Expenses of Administration: $1,438.26

3) Total gross receipts of $ 4,630.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,630.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $152,886.86 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,438.26 | 1,438.26 | 1,438.26 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 72,607.72 | 882,361.99 | 882,361.99 | 3,192.60 |
| **TOTAL DISBURSEMENTS** | $225,494.58 | $883,800.25 | $883,800.25 | $4,630.86 |

4)  This case was originally filed under Chapter 7 on October 13, 2011. The case was pending for 32 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/23/2014                    By:  /s/Barry E. Mukamal
                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 4,630.86 |
| **TOTAL GROSS RECEIPTS** | | $4,630.86 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Home Finance | 4110-000 | 123,670.86 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance | 4110-000 | 29,216.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $152,886.86 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Barry E. Mukamal, Trustee | 2100-000 | N/A | 1,157.72 | 1,157.72 | 1,157.72 |
| Barry E. Mukamal | 2200-000 | N/A | 45.54 | 45.54 | 45.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,438.26 | $1,438.26 | $1,438.26 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Surf Consultants Inc | 7100-000 | 2,704.98 | 2,704.98 | 2,704.98 | 0.00 |
| 2 | Midland Funding LLC | 7100-000 | 6,920.45 | 6,920.45 | 6,920.45 | 25.05 |
| 3 | Midland Funding LLC | 7100-000 | 1.00 | 2,098.51 | 2,098.51 | 7.59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Citibank, N.A. | 7100-000 | 15,239.14 | 15,239.14 | 15,239.14 | 55.14 |
| 5 | Dell Financial Services LLC | 7100-000 | 7,716.01 | 7,716.01 | 7,716.01 | 27.92 |
| 6 | FIA Card Services, N.A. as successor to | 7100-000 | 1.00 | 9,572.01 | 9,572.01 | 34.63 |
| 7 | FIA Card Services, N.A. as successor to | 7100-000 | 11,154.00 | 11,154.38 | 11,154.38 | 40.36 |
| 8 | Memorial Hospital West | 7100-000 | 65.15 | 426.13 | 426.13 | 0.00 |
| 9 | Quantum3 Group LLC as agent for | 7100-000 | 2,209.00 | 2,209.03 | 2,209.03 | 7.99 |
| 10 | American Express Bank FSB | 7100-000 | 20,001.39 | 20,001.39 | 20,001.39 | 72.37 |
| 11 | American InfoSource LP as agent for | 7100-000 | N/A | 2,751.15 | 2,751.15 | 9.95 |
| 12 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,322.23 | 1,322.23 | 4.78 |
| 13 | Enrique J. Zayas-Bazan | 7100-000 | N/A | 800,235.24 | 800,235.24 | 2,895.48 |
| NOTFILED | Forex Consulting Corp. c/o Carroll Law Firm | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Hayt, Hayt & Landau | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | ER Collection | 7100-000 | 499.75 | N/A | N/A | 0.00 |
| NOTFILED | ER Solutions | 7100-000 | 499.75 | N/A | N/A | 0.00 |
| NOTFILED | HRRG | 7100-000 | 492.00 | N/A | N/A | 0.00 |
| NOTFILED | Enchanced Recovery Company | 7100-000 | 325.48 | N/A | N/A | 0.00 |
| NOTFILED | Nation Action Financial Services | 7100-000 | 2,144.61 | N/A | N/A | 0.00 |
| NOTFILED | Maddocks Collection Services | 7100-000 | 30.65 | N/A | N/A | 0.00 |
| NOTFILED | Pathology Consultants of SB | 7100-000 | 531.00 | N/A | N/A | 0.00 |
| NOTFILED | Volvo Car Finance North America | 7100-000 | 395.91 | N/A | N/A | 0.00 |
| NOTFILED | Northland Group, Inc. | 7100-000 | 614.67 | N/A | N/A | 0.00 |
| NOTFILED | Old Navy | 7100-000 | 888.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services LLC Law Office of Hayt, Hayt & | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Northland Group, Inc. | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Complete Collection Services | 7100-000 | 168.78 | N/A | N/A | 0.00 |
| NOTFILED | American Express Wagner & Hunt, P.A. | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| | US Bankruptcy Court | 7100-001 | N/A | 11.34 | 11.34 | 11.34 |
| | US Bankruptcy Court | 7100-000 | N/A | 11.34 | 11.34 | 11.34 |
| | Rabobank NA | 7100-000 | N/A | -11.34 | -11.34 | -11.34 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $72,607.72 | $882,361.99 | $882,361.99 | $3,192.60 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-38457-BKC-LMI | Trustee: (290830) Barry E. Mukamal |
| Case Name: MARCELIN, SANDRA | Filed (f) or Converted (c): 10/13/11 (f) |
| | §341(a) Meeting Date: 11/22/11 |
| Period Ending: 05/20/14 | Claims Bar Date: 08/09/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 805 E. 19TH STREET, HIALEAH, FL 33013<br>Joint with non-filing party. | 162,171.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA |
| 3 | REGIONS BANK A/N 6992 | 184.44 | 0.00 | | 0.00 | FA |
| 4 | TROPICAL FINANCIAL CU A/N 4390 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | REGIONS BANK A/N 5304 | 32.45 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS<br>Joint with non-filing party. | 75.00 | 0.00 | | 0.00 | FA |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS<br>Joint with non-filing party. | 10.00 | 0.00 | | 0.00 | FA |
| 8 | HOUSEHOLD GOODS AND FURNISHINGS<br>Joint with non-filing party. | 55.00 | 0.00 | | 0.00 | FA |
| 9 | HOUSEHOLD GOODS AND FURNISHINGS<br>Joint with non-filing party. | 1,539.00 | 0.00 | | 0.00 | FA |
| 10 | WEARING APPAREL | 1.00 | 0.00 | | 0.00 | FA |
| 11 | JEWELRY | 185.00 | 0.00 | | 0.00 | FA |
| 12 | 401(K) HAMBURG SUD AMERICA, INC. | 17,481.91 | 0.00 | | 0.00 | FA |
| 13 | LEASED VEHICLE | 0.00 | 0.00 | | 0.00 | FA |
| 14 | TAX REFUND (u) | 4,630.86 | 4,630.86 | | 4,630.86 | FA |
| 14 | **Assets**  Totals (Excluding unknown values) | **$186,375.66** | **$4,630.86** | | **$4,630.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has recovered the estate's interest in the tax refund equal to $4,630.86.

Initial claims review complete.  No tax return required.

01/26/12 - Court order granting employment of Trustee's forensic accountant, Barry E. Mukamal, CPA

06/24/13 - ECF 43 Accounting fees waived.

Exhibit 8

Page:  2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-38457-BKC-LMI | **Trustee:** (290830)  Barry E. Mukamal |
| **Case Name:** MARCELIN, SANDRA | **Filed (f) or Converted (c):** 10/13/11 (f) |
| | **§341(a) Meeting Date:** 11/22/11 |
| **Period Ending:** 05/20/14 | **Claims Bar Date:** 08/09/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**  December 31, 2012        **Current Projected Date Of Final Report (TFR):**        June 28, 2013  (Actual)

| | |
|---|---|
| _____May 20, 2014_____ | /s/ Barry E. Mukamal |
| Date | Barry E. Mukamal |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-38457-BKC-LMI | |
| **Case Name:** | MARCELIN, SANDRA | |
| **Taxpayer ID #:** | **-***7006 | |
| **Period Ending:** | 05/20/14 | |

| | |
|---|---|
| **Trustee:** | Barry E. Mukamal (290830) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******51-65 - Checking Account |
| **Blanket Bond:** | $1,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/08/12 | {14} | Sandra Marcelin | Surrender of estate's portion of 2011 tax refund | 1224-000 | 4,630.86 | | 4,630.86 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,605.86 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,580.86 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,555.86 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,530.86 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,505.86 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,480.86 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,455.86 |
| 12/20/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001029083088<br>20121220 | 9999-000 | | 4,455.86 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,630.86 | 4,630.86 | $0.00 |
| Less: Bank Transfers | 0.00 | 4,455.86 | |
| **Subtotal** | 4,630.86 | 175.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,630.86** | **$175.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 11-38457-BKC-LMI | Trustee: Barry E. Mukamal (290830) |
| Case Name: MARCELIN, SANDRA | Bank Name: Rabobank, N.A. |
| | Account: ******5266 - Checking Account |
| Taxpayer ID #: **-***7006 | Blanket Bond: $1,000,000.00  (per case limit) |
| Period Ending: 05/20/14 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,455.86 | | 4,455.86 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,445.86 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,435.86 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,425.86 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,415.86 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,405.86 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,395.86 |
| 09/19/13 | 11001 | Surf Consultants Inc | Dividend paid   0.36% on $2,704.98; Claim# 1; Filed: $2,704.98; Reference: , court ordered 09/12/13<br>Stopped on 12/23/13 | 7100-000 | | 9.80 | 4,386.06 |
| 09/19/13 | 11002 | Midland Funding LLC | Dividend paid   0.36% on $6,920.45; Claim# 2; Filed: $6,920.45; Reference: 0723, court ordered 09/12/13 | 7100-000 | | 25.05 | 4,361.01 |
| 09/19/13 | 11003 | Midland Funding LLC | Dividend paid   0.36% on $2,098.51; Claim# 3; Filed: $2,098.51; Reference: 2214, court ordered 09/12/13 | 7100-000 | | 7.59 | 4,353.42 |
| 09/19/13 | 11004 | Citibank, N.A. | Dividend paid   0.36% on $15,239.14; Claim# 4; Filed: $15,239.14; Reference: 1017, court ordered 09/12/13 | 7100-000 | | 55.14 | 4,298.28 |
| 09/19/13 | 11005 | Dell Financial Services LLC | Dividend paid   0.36% on $7,716.01; Claim# 5; Filed: $7,716.01; Reference: 7846, court ordered 09/12/13 | 7100-000 | | 27.92 | 4,270.36 |
| 09/19/13 | 11006 | FIA Card Services, N.A. as successor to | Dividend paid   0.36% on $9,572.01; Claim# 6; Filed: $9,572.01; Reference: 5461, court ordered 09/12/13 | 7100-000 | | 34.63 | 4,235.73 |
| 09/19/13 | 11007 | FIA Card Services, N.A. as successor to | Dividend paid   0.36% on $11,154.38; Claim# 7; Filed: $11,154.38; Reference: , court ordered 09/12/13 | 7100-000 | | 40.36 | 4,195.37 |
| 09/19/13 | 11008 | Memorial Hospital West | Dividend paid   0.36% on $426.13; Claim# 8; Filed: $426.13; Reference: 6408, court ordered 09/12/13<br>Voided on 10/01/13 | 7100-000 | | 1.54 | 4,193.83 |
| 09/19/13 | 11009 | Quantum3 Group LLC as agent for | Dividend paid   0.36% on $2,209.03; Claim# 9; Filed: $2,209.03; Reference: 8068, court ordered 09/12/13 | 7100-000 | | 7.99 | 4,185.84 |
| 09/19/13 | 11010 | American Express Bank FSB | Dividend paid   0.36% on $20,001.39; Claim# 10; Filed: $20,001.39; Reference: 2003, court | 7100-000 | | 72.37 | 4,113.47 |

| | Subtotals : | $4,455.86 | $342.39 |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 11-38457-BKC-LMI | Trustee: Barry E. Mukamal (290830) |
| Case Name: MARCELIN, SANDRA | Bank Name: Rabobank, N.A. |
| | Account: ******5266 - Checking Account |
| Taxpayer ID #: **-***7006 | Blanket Bond: $1,000,000.00  (per case limit) |
| Period Ending: 05/20/14 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ordered 09/12/13 | | | | |
| 09/19/13 | 11011 | American InfoSource LP as agent for | Dividend paid  0.36% on $2,751.15; Claim# 11; Filed: $2,751.15; Reference: 5795, court ordered 09/12/13 | 7100-000 | | 9.95 | 4,103.52 |
| 09/19/13 | 11012 | Quantum3 Group LLC as agent for | Dividend paid  0.36% on $1,322.23; Claim# 12; Filed: $1,322.23; Reference: 8663, court ordered 09/12/13 | 7100-000 | | 4.78 | 4,098.74 |
| 09/19/13 | 11013 | Enrique J. Zayas-Bazan | Dividend paid  0.36% on $800,235.24; Claim# 13; Filed: $800,235.24; Reference: , court ordered 09/12/13 | 7100-000 | | 2,895.48 | 1,203.26 |
| 09/19/13 | 11014 | Barry E. Mukamal | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,203.26 | 0.00 |
| | | | Dividend paid 100.00%      1,157.72 on $1,157.72;  Claim# ; Filed: $1,157.72 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%         45.54 on $45.54;  Claim# ; Filed: $45.54 | 2200-000 | | | 0.00 |
| 10/01/13 | 11008 | Memorial Hospital West | Dividend paid  0.36% on $426.13; Claim# 8; Filed: $426.13; Reference: 6408, court ordered 09/12/13 Voided: check issued on 09/19/13 | 7100-000 | | -1.54 | 1.54 |
| 12/23/13 | 11001 | Surf Consultants Inc | Dividend paid  0.36% on $2,704.98; Claim# 1; Filed: $2,704.98; Reference: , court ordered 09/12/13 Stopped: check issued on 09/19/13 | 7100-000 | | -9.80 | 11.34 |
| 01/08/14 | | US Bankruptcy Court | Surplus funds, claim #1 $9.80; claim #8 $1.54 | 7100-001 | | 11.34 | 0.00 |
| 01/30/14 | | US Bankruptcy Court | Surplus funds | 7100-000 | | 11.34 | -11.34 |
| 02/13/14 | | Rabobank NA | Funds to cover surplus funds overdraft | 7100-000 | | -11.34 | 0.00 |
| 02/24/14 | | United States Treasury | Refund of overpayment, court ordered 02/14/14 | 1280-000 | 11.34 | | 11.34 |
| 02/27/14 | | Rabobank NA | Refund of overpayment, court ordered 02/14/14 | 1280-000 | -11.34 | | 0.00 |

Subtotals :          $0.00          $4,113.47

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-38457-BKC-LMI |
| **Case Name:** | MARCELIN, SANDRA |
| **Taxpayer ID #:** | **-***7006 |
| **Period Ending:** | 05/20/14 |

| | |
|---|---|
| **Trustee:** | Barry E. Mukamal (290830) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5266 - Checking Account |
| **Blanket Bond:** | $1,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 4,455.86 | 4,455.86 | $0.00 |
| | | | Less: Bank Transfers | | 4,455.86 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,455.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $4,455.86 | |

| | |
|---|---|
| Net Receipts : | 4,630.86 |
| Net Estate : | $4,630.86 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******51-65** | 4,630.86 | 175.00 | 0.00 |
| **Checking # ******5266** | 0.00 | 4,455.86 | 0.00 |
| | $4,630.86 | $4,630.86 | $0.00 |